NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-05327

_____

IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT
_____

JAMES LUKEZIC,

*Appellant,*

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.; UNITED STATES SECURITIES AND EXCHANGE COMMISSION; DAVID SALTIEL, DIRECTOR OF THE DIVISION OF TRADING AND MARKETS FOR THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION, IN HIS INDIVIDUAL AND/OR OFFICIAL CAPACITIES,

*Appellees.*
_____

**APPELLEE FINRA'S CERTIFICATE AS TO
PARTIES, RULINGS, AND RELATED CASES**

Appellee Financial Industry Regulatory Authority, Inc. ("FINRA"), by and through counsel and pursuant to D.C. Circuit Rule 28(a)(1), hereby provides the following certificate as to the parties, rulings, and related cases:

1. **PARTIES. The parties who appeared before the district court and the parties to this appeal are the following:**

    a. Appellant James Lukezic (Plaintiff in the District Court)

    b. Appellee FINRA (Defendant in the District Court)

    c. Appellee United States Securities and Exchange Commission (Defendant in the District Court)

    d. Appellee David Saltiel, Director of the Division of Trading and Markets for the United States Securities and Exchange Commission, in His Individual and/or Official Capacities (Defendant in the District Court)

2. **RULING UNDER REVIEW. Appellant James Lukezic's Notice of Appeal states that Appellant is appealing the following ruling:**

    a. Order dated August 10, 2025, issued by the United States District Court for the District of Columbia (the Honorable Dabney L. Friedrich) in the matter of *Lukezic v. Financial Regulatory Authority, Inc.*, No. 1:25-cv-00623-DLF. This district court order is available on Westlaw at 2025 WL 2305859. The order is also in the record before this Court. *See* Case No. 25-05327, Doc. No. 2134420, pp. 13-19.

3. **RELATED CASES:** FINRA is not aware of any related cases.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Aaron M. Streett*
Aaron M. Streett
BAKER BOTTS LLP
910 Louisiana St.
Houston, Texas 77002
(713) 229-1855 (phone)
(713) 229-7855 (fax)
aaron.streett@bakerbotts.com

Brenton H. Cooper
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-1325 (phone)
(202) 639-7890 (fax)
brent.cooper@bakerbotts.com

*Counsel for FINRA*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 14, 2025, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system.  All participants in this case registered with CM/ECF will be served by the CM/ECF system.

Dated:  October 14, 2025

*/s/ Brenton H. Cooper*
Brenton H. Cooper
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-1325 (phone)
(202) 639-7890 (fax)
brent.cooper@bakerbotts.com

*Counsel for FINRA*